**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 448 MAL 2014
                                    :
            Respondent       :
                                    : Petition for Allowance of Appeal from the
                                    : Order of the Superior Court
          v.                  :
                                      :
                                    :
ANDREW JIMMY AYALA,         :
                                    :
            Petitioner        :

## ORDER

**PER CURIAM**

      **AND NOW**, this 17th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.